IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNN JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA 7-814 |
| | ) |
| JOHN E. POTTER, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

AND NOW, this 7th day of Jan_____, 20, upon consideration of two notices to Plaintiff's Counsel, Elizabeth Beroes, with regard to service of process,

IT IS HEREBY ORDERED that the above captioned case is dismissed without prejudice pursuant to FRCP 4(m) for failure to prosecute.

_____
Donetta W. Ambrose
Chief United States District Judge